# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2182
LT Case No. 2009-CF-10899-A

_____

CEDRIC BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from Circuit Court for Duval County.
Tatiana Salvador, Judge.

Cedric Brown, Jasper, pro se.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

December 26, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____